JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff Max Rosenberg*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAX ROSENBERG,<br><br>        *Plaintiff*,<br><br>v.<br><br>GREEN PLANET LEGACY 68, LLC, a Nevada limited liability company; JOE JUAREZ, individually; JOHN SINGH, individually; DOES I-X; *and* ROES CORPORATIONS XI-XX, *inclusive*,<br><br>        *Defendants.* | Civil Action No. 2:21-cv-01124-JCM-NJK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS AND FOR PUBLICATION** |

Upon consideration of Plaintiff's Motion for Extension of Time to Serve and for Service by Publication on Defendants, Green Planet Legacy 68, LLC ("Green Planet"), Joe Juarez ("Mr. Juarez") and John Singh ("Mr. Singh") (collectively, Defendants"), in which it is shown to the satisfaction of the Court the last known addresses for Defendants; that the Summons and Complaint herein have not been personally served upon Defendants because Defendants have not been located within the State of Nevada; that a cause of action exists against Defendants and Defendants are necessary and a proper parties to the action; and that Nevada Legal News is a newspaper published in the City of Las Vegas, County of Clark, State of Nevada and is most likely to give notice to Defendants of the pendency of this action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time within which to serve Defendants, Green Planet Legacy 68, LLC, Joe Juarez and John Singh with the Summons

and Complaint is hereby extended up to and including November 12, 2021.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Summons in this action be served upon Defendants, Green Planet Legacy 68, LLC, Joe Juarez and John Singh by publication thereof in Nevada Legal News and that said publication be made at least once a week for a period of four (4) weeks.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that copies of the Summons and Complaint in this action be deposited in a United States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed to Defendant Green Planet's last known addresses of 9030 W. Sahara Ave #222, Las Vegas, NV 89117 and 7832 Stroh Lane, Las Vegas, NV 89178, via certified mail, return receipt request in a sealed, postage prepaid envelope addressed to Green Planet Legacy 68, LLC.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that copies of the Summons and Complaint in this action be deposited in a United States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed to Defendant Joe Juarez's last known addresses of 3261 S Highland Drive, Suite 605, Las Vegas, NV, 89109, 9360 W. Flamingo Road., Suite 110-271, Las Vegas, NV 89147 and 10003 Cambridge Blue Ave., Las Vegas, NV 89147, via certified mail, return receipt request in a sealed, postage prepaid envelope addressed to Joe Juarez.

IS FURTHER ORDERED, ADJUDGED AND DECREED that copies of the Summons and Complaint in this action be deposited in a United States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed to Defendant John Singh's last known addresses of 3261 S Highland Drive, Suite 605, Las Vegas, NV, 89109 and 7832 Stroh Lane, Las

///

Vegas, NV 89178, via certified mail, return receipt request in a sealed, postage prepaid envelope addressed to John Singh.

No later than November 19, 2021, Plaintiff must file an Affidavit of Publication.

IT IS SO ORDERED.
Dated September 13, 2021

Nancy J. Koppe
United States Magistrate Judge