UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX ROSENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN PLANET LEGACY 68, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01124-JCM-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiff's motion for leave to file under seal. Docket No. 14. The motion seeks leave to file portions of Plaintiff's renewed motion for default judgment and an attached exhibit under seal. *Id.* Plaintiff's reason for requesting leave to file under seal is that portions of the motion for default judgment and the exhibit relate to certain documents, one of which is a confidentiality provision. *Id.* at 1-2.

Local Rule IA 10-5 requires that a party who files a motion to seal documents must file, concurrently with its motion, the documents it asks the Court to allow it to file under seal, as well as "either (i) a certificate of service certifying that the sealed document was served on the opposing attorneys … or (ii) an affidavit showing good cause why the document has not been served on the opposing attorneys…." Plaintiff fails to satisfy these requirements.

Accordingly, the Court **DENIES** without prejudice Plaintiff's motion for leave to file under seal. Docket No. 14. Additionally, the Court **ORDERS** Plaintiff to file a renewed motion for leave to file under seal that complies with all applicable rules and caselaw no later than September 13, 2022.

IT IS SO ORDERED.

Dated: September 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1