AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Max Rosenberg,

                                                DEFAULT JUDGMENT IN A CIVIL CASE

                 Plaintiff,

   v.                                     Case Number: 2:21-cv-01124-JCM-NJK

Joe Juarez,

                 Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff Max Rosenberg and against Defendant Joe Juarez. Rosenberg shall be awarded (1) $70,000 in compensatory damages, (2) prejudgment interest totaling $12,505.07, and (3) postjudgment interest at a rate of 7.25% of the compensatory damages award with the rate to be adjusted biannually on January 1 and July 1 as prescribed in NRS 99.040 until this judgment is satisfied.

1/17/2023                                             DEBRA K. KEMPI
Date                                                     Clerk

                                                                    /s/ E. Smith
                                                                    Deputy Clerk